**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

UNITED STATES OF AMERICA            :

vs.                                                   :  CRIMINAL NO. 06-00118-CG

DARLENE HILL                               :

<u>ORDER</u>

       This cause, as to the above-named defendants,  having been continued into the March, 2007 criminal term, a pretrial conference is hereby scheduled to be conducted in the office of the Magistrate Judge William E. Cassady, on **February 6, 2007 at 2:00 p.m. in Courtroom 3A**. Defense counsel and counsel for the Government shall be prepared to discuss all pending motions and discovery requests, possible stipulations, estimated length of the trial, change of plea, and any other preliminary matters.  The defendant may attend this conference, but his/her presence is not required. **Counsel who want in-custody defendants to attend must notify the Magistrate Judge within three days of the conference date so that an order to produce can be issued to the United States Marshal.**  The parties are expected to give a firm commitment at the pretrial conference as to the final disposition of this case.  No case will be continued except under extraordinary circumstances and only for good cause shown. **Motions for a continuance will only be considered if they have been filed prior to the pretrial conference and have an appropriate speedy trial waiver attached.**

       <u>MANDATORY  APPEARANCE OF COUNSEL</u>.  Counsel of record for <u>all</u> parties are ORDERED to appear at all future Court proceedings in this criminal case.  Those attorneys who find it impossible to be in attendance (especially at the Probation conference, the pretrial conference, jury selection, or trial) <u>must</u> make arrangements to have substitute counsel appear on behalf of their clients. Any attorney who appears as substitute counsel for a defendant <u>shall</u> have full authorization from the defendant to act on his or her behalf and be fully prepared to proceed.  Substitute counsel shall not be counsel for a co-defendant unless permitted by the Court after proper motion.

       <u>LOCAL RULES</u>**.**  All parties are reminded that the Local Rules and Standing Orders of the Southern District of Alabama contain important requirements concerning discovery, representation of defendants, and other matters.  They are reprinted in ALABAMA RULES OF COURT (West Publishing Co.) and ALABAMA RULES ANNOTATED (The Michie Co.), and posted on the Court's website, **http://www.als.uscourts.gov** . Since they are amended from time to time, the most current version may

be the version posted by the Clerk of Court.

      DONE and ORDERED this 21st day of December, 2006.

                s/WILLIAM E. CASSADY
                UNITED STATES MAGISTRATE JUDGE