IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) CRIMINAL NO. 06-00118-CG |
| | ) |
| DARLENE HILL, | ) |
| | ) |
| **Defendant.** | ) |

## ORDER ON GUILTY PLEA

On **February 12, 2007**, Defendant appeared with retained counsel, **Dennis J. Knizley, Esquire**, and entered a plea of guilty to Counts **1 & 5** of the **Indictment**, charging the offenses of **wire fraud in violation of Title 18, U.S.C., § 1343 as charged in Count 1; and loan fraud in violation of Title 18, U.S.C., § 1014 as charged in Count 5**. The Government was represented by **Assistant U. S. Attorney Maria E. Murphy** and the hearing was recorded by court reporter, **Roy Isbell**. Defendant's guilty plea was accepted and Defendant was found guilty as charged.

The following is **ORDERED**:

Defendant shall appear for sentencing on **Thursday, May 24, 2007** at **1:30 p.m.** in Courtroom **2B**, U. S. Courthouse, Mobile, Alabama.

The presentence investigation report shall be completed by U. S. Probation and disclosed to the parties on or before **April 19, 2007**.

On or before **May 10, 20007**, the parties shall each file a "Position of (United States) (Defendant) with Respect to Sentencing Factors" in accordance with this Court's Standing Order Number Five. All other requirements and deadlines of that Standing Order shall be strictly observed and enforced.

Pending sentencing, Defendant shall remain on conditions of release

**DONE** and **ORDERED** this the 12th day of February, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE