IN THE UNITED STATES DISTRICT COURT FOR
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS. | * | CR. NO. 06-00118-CG |
| | * | |
| DARLENE HILL, | * | |
| | * | |
| Defendant. | * | |

## ORDER

For good cause shown and pursuant to the provisions of Fed.R. Cr.P. 36, governing the correction of clerical mistakes contained in the Judgment in a Criminal Case, the court hereby **AMENDS** nunc pro tunc page 5B of the judgment which was entered on the docket in the above styled case on June 10, 2008, to read as follows:

## DEFENDANTS HELD JOINTLY & SEVERALLY

| Case Number:<br>(including dft. number) | Defendant Name: | Joint & Several<br>Dollar Amount: |
|---|---|---|
| 1:06-00118-001 | Joycelyn Easter | $467,222.85 |
| 1:06-00118-003 | Kathy Frye | $507,601.27 |
| 1:06-00118-004 | Antonio Harrison | $997,000.00 |

**DONE AND ORDERED** this 16th day of June, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE