IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 06-00118-002 |
| | ) | (Civil Action No. 09-00341-CG-N) |
| DARLENE HILL, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

This case is before the Court on defendant's motion under 28 U.S.C. § 2255 (Doc. 202) to vacate, set aside, or correct sentence, which was filed on June 15, 2009, together with a motion to proceed in *forma pauperis* (Doc. 203). Inasmuch as no filing fee is required in conjunction with the § 2255 motion, defendant's motion to proceed in *forma pauperis* (Doc. 203) was declared **MOOT** by Order dated June 22, 2009 (Doc. 205). On July 27, 2009, in addition to her Memorandum in support of her § 2255 motion (Doc. 206), the defendant filed a second motion to proceed in *forma pauperis* (Doc. 207) as well as a motion seeking release on bond (Doc. 208) pending the Court's review of her § 2255 motion.

It is first **ORDERED** that defendant's second motion to proceed in *forma pauperis* (Doc. 207) be and is hereby declared **MOOT** because the defendant does not need to pay any fee to proceed with her § 2255 motion. It is **FURTHER ORDERED** that defendant's motion for release on bond pending resolution of her § 2255 motion be and is

hereby **DENIED**.  The defendant is not entitled to such a release prior to adjudication of the § 2255 motion.

Finally, it is **ORDERED** that the United States **RESPOND** no later than **October 28, 2009**.  The defendant may **REPLY** to the Response of the United States, **provided** such reply is filed with the Court by **no later than November 30, 2009**, at which time defendant's § 2255 motion will be taken under submission.

**Done** this 28th day of July, 2009.

>  /s/ Katherine P. Nelson
>  KATHERINE P. NELSON
>  UNITED STATES MAGISTRATE JUDGE