IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | CRIMINAL NO. 06-00118-002 |
| ) | (Civil Action No. 09-00341-CG-N) |
| DARLENE HILL, ) | |
| ) | |
| Defendant. ) | |

**JUDGMENT**

In accordance with the order entered on this date, it is **ORDERED**, **ADJUDGED** and **DECREED** that defendant's motion to dismiss be and is hereby **GRANTED** and that her motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 be accordingly **DISMISSED with prejudice.**

**DONE and ORDERED** this 25th day of November, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE